# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SCUNGIO BORST & ASSOCIATES, LLC,** | Case No. 22-10609 (AMC) |
| Debtor. | |
| **STEPHEN J. SCHERF, SBA PLAN TRUST ADMINISTRATOR OF SBA PLAN TRUST,** | |
| Plaintiff, | Adversary No. 24-00046 (AMC) |
| vs. | |
| **K&D UNGARINI IRON WORK,** | |
| Defendant. | |

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT

TO THE CLERK:

Pursuant to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(b)(1), Stephen J. Scherf, the SBA Plan Trust Administrator of the SBA Plan Trust of Scungio Borst & Associates, LLC (the "Plaintiff"), hereby applies for the Entry of Default Judgment in favor of Plaintiff and against

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

4871-3765-7271

K&D Ungarini Iron Works LLC (the "Defendant") in the sum of $30,850.86 (consisting of $9,900.00 in avoidable transfers and $20,600.86[1] in compensatory damages resulting from the August 4, 2023 Sanctions Order, both as pled in the Complaint, plus filing fee costs of $350.00), and interest accruing at the judgment rate.

Date:  August 14, 2024          By:  */s/ Edmond M. George*
                                     Edmond M. George, Esquire
                                     Michael D. Vagnoni, Esquire
                                     D. Alexander Barnes, Esquire
                                     OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                     Centre Square West
                                     1500 Market Street, Suite 3400
                                     Philadelphia, PA 19102-2101
                                     Telephone: (215) 665-3066
                                     Facsimile: (215) 665-3165

                                     *Counsel to Stephen J. Scherf, the SBA Plan Trust Administrator of the SBA Plan Trust of Scungio Borst & Associates, LLC*

---

[1] Reduced from $26,600.86 by payments made by Network Flooring ($3,000.00) and M&D Door & Hardware ($3,000.00).

4871-3765-7271